IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JARVIS LEE HARDWICK,

   Petitioner,

    v.

STEPHEN BENTON,

   Respondent.

CIVIL ACTION FILE
NO. 1:04-CV-3648-TWT

## ORDER

This is a habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 27] of the Magistrate Judge recommending denying the Petition. For the reasons set forth in the thorough and well reasoned Report and Recommendation, the Petitioner has not shown that he is entitled to relief based upon his claim of ineffective assistance of counsel. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 22 day of February, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\04\Hardwick\r&r2.wpd